NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO VALENCIA, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7202

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3070, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

The Secretary of Veterans Affairs moves for a 30-day extension of time, until June 29, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 1 5 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    J. Hunter Bennett, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 5 2012

JAN HORBALY
CLERK